**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **THAI VAN NGUYEN** | **CIVIL CASE NO. 1:26-CV-01580**<br>**SECTION P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JONATHAN CRAWFORD ET AL** | **MAGISTRATE JUDGE THOMAS P. LEBLANC** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION (the "R&R") of the Magistrate Judge previously filed herein [Doc. 8], a determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED THAT the instant PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] be DENIED AND DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers this 15th day of October 2026.

David C Joseph

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE